BEFORE THE SECOND DIVISION, FEBRUARY 16, 1965

No. 69076.—D. C. Andrews & Co., Inc. *v.* United States, protest 58/12816 (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of parts of steel chains used for the transmission of power, of not more than 2-inch pitch and containing more than three parts per pitch, valued over 40 cents per pound, the claim of the plaintiff was sustained.

No. 69077.—Amity Fabrics, Inc. *v.* United States, protests 64/8596, 64/8618, and 64/8617 (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.